UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT HAMMERSLEY,

    Plaintiff,

v.                                        Case No. 11-C-433

JACK JADIN, et al.

    Defendants.

**ORDER**

    Plaintiff Hammersley, who is proceeding pro se, lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. This court dismissed the action for failure to state a claim.

    Plaintiff moves to reconsider, suggesting that he should be allowed to amend his complaint to better explain how the alleged inadequacy of the Brown County Jail prejudiced his state postconviction motion. His explanation does not answer the key problem my screening order identified, however. Specifically, Plaintiff maintained the ability to file his postconviction action before and after he was incarcerated in the jail. Any alleged inadequacy of the jail's law library could not have been anything more than an inconvenience, and that does not suffice to state a claim.

    The motion for reconsideration is **DENIED**.

    **SO ORDERED** this   13th   day of September, 2011.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach
                                                           United States District Judge